**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV236-C**

| | | |
|---|---|---|
| **CLARIANT CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **BDP INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Christopher H. Casey]" (document #9) filed October 8, 2008. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: October 8, 2008

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge