UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:08-CV-236

CLARIANT CORPORATION

    Plaintiff,

vs.

BDP INTERNATIONAL, INC.

    Defendant.

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME**

THIS CAUSE coming on before the Court on Plaintiff's Consent Motion for Extension of Time, and it appearing to the Court that the time for filing Plaintiff's responses to the Defendant's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission has not expired, and, for good and sufficient cause shown, that the motion should be allowed:

IT IS THEREFORE ORDERED that the time in which Plaintiff must file its responses to the Defendant's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission is extended by thirty (30) days up to and including February 20, 2009.

**SO ORDERED**.

Signed: January 6, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge