1.

{00205859.DOC V. C216.016282;}

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:08-cv-236

CLARIANT CORPORATION,

    Plaintiff,

v.

BDP INTERNATIONAL, INC.,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Seal", filed January 9, 2009. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the motion. The undersigned finds that the motion to seal was filed in accordance with Local Rule 6.1(C). Furthermore, this motion will be granted without prejudice to "[o]ther parties, interveners, and non-parties [who] may file objections and briefs in opposition or support of the motion within the time provided by LCvR 7.1 and may move to intervene under Fed.R.Civ.P. 24." Local Rule 6.1(E).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Seal" is **GRANTED.**

**SO ORDERED**.

Signed: January 9, 2009

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge